IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CATHERINE JOHNSON,                     §
                                       §
               Plaintiff               §
                                       §
V.                                     §          No. 3:15-cv-2707-B
                                       §
CITIMORTGAGE, INC., ET AL.,            §
                                       §
               Defendants.             §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE AND DENYING
LEAVE TO APPEAL *IN FORMA PAUPERIS***

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.

Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's motion for leave to appeal *in forma pauperis* [Dkt. No. 26] is **DENIED**.

And, under Fed. R. App. P. 24(a)(3)(A) and 28 U.S.C. § 1915(a)(3), and for the reasons stated in the findings, conclusions, and recommendation, the Court **CERTIFIES** that this appeal is not taken in good faith.

But the Court notifies Plaintiff that she may challenge this finding, pursuant to *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed IFP on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order. The Court further assesses an initial partial filing fee of $0.00.

SO ORDERED.

DATE: AUGUST 22, 2016

 

 

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE